UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN THORN,

Plaintiff,

v.

METROPOLITAN COUNCIL, ET AL,

Defendants.

ORDER

Civil No. 00-1138(ADM/AJB)

---

This matter came on for hearing before the undersigned on Plaintiff's Motion for Remand. Sonja Dunnwald Peterson appeared on behalf of plaintiff; Andrew Parker, Greg Corwin, and Suzanne Fischer appeared on behalf of defendants.

For reasons stated on the record before the Court on August 9, 2000, IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED.

Dated: August 9, 2000

JUDGE ANN D. MONTGOMERY
United States District Court

FILED 8 9 00
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS