**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan Thorn,<br><br>Plaintiff,<br><br>v.<br><br>Metropolitan Council, a public corporation and political subdivision of the State of Minnesota, a/k/a Metro Transit, Amalgamated Transit Union, and Amalgamated Transit Union, Local 1005,<br><br>Defendants. | Case No. 00-1138 ADM/SRN<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL OF PARTIES WITH PREJUDICE** |

Plaintiff Susan Thorn and Defendant Metropolitan Council hereby stipulate that her action against Metropolitan Council shall be dismissed with prejudice. See Fed. R. Civ. P. 41(a). Each party shall bear responsibility for that party's respective attorney fees, costs, and disbursements.

Dated: 3/12/01

LAW OFFICES OF
SONJA DUNNWALD PETERSON

Sonja D. Peterson

Sonja Dunnwald Peterson, #169249
Attorney for Thorn
1150E Grain Exchange Building
412 South Fourth Street
Minneapolis, MN 55415
(612) 347-0043
ATTORNEY FOR PLAINTIFF

Dated: 2-22-01

SMITH PARKER, P.L.L.P.

Andrew D. Parker, # 195042
Matthew E. Johnson, # 235945
808 Colwell Building
123 North Third Street
Minneapolis, Minnesota 55401
(612) 344-1400
ATTORNEYS FOR DEFENDANT



FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT
DEPUTY CLERK

**IT IS SO ORDERED.**

Dated: March 16, 2001

BY THE COURT

Ann D. Montgomery
United States District Judge