# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Susan J. Thorn

v.

Metropolitan Council,
Amalgamated Transit Union, and
Amalgamated Transit Union, Local 1005

Case No. Civil 00-1138 ADM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: the ATU's and the Local Union's Motion for Summary judgment is GRANTED.

DATE: July 30, 2001

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk