UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susan J. Thorn,

Plaintiff,

Civil 00-1138 ADM/AJB

v.

Metropolitan Council, a public corporation and political subdivision of the State of Minnesota, a/k/a Metro Transit, Amalgamated Transit Union, and Amalgamated Transit Union, Local 1005,

Defendants.

COST JUDGMENT

The costs of Defendants Amalgamated Transit Union and Amalgamated Transit Union, Local 1005 have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 142.00 | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1,147.50 | $ 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 36.17 | $ 0.00 |
| Costs as shown on the Mandate of Court of Appeals | $ 97.30 | $ 97.30 |
| Other costs | $ 620.41 | $ 0.00 |
| TOTAL: | $ 2,043.38 | $ 97.30 |

Costs, therefore, are taxed in the sum of Ninety-seven Dollars and 30/100 ($97.30) in favor of Defendants Amalgamated Transit Union, and Amalgamated Transit Union, Local 1005 and against Plaintiff Susan J. Thorn and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

FILED 1-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 1-14-03
DEPUTY CLERK

Dated at Minneapolis, Minnesota, this day of January 14, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M Leonetti

Amy M. Leonetti
Law Clerk